## ERLINE TATE v. THE STATE.

No. 23427. Delivered October 23, 1946.

The opinion states the case.

No attorney of record on appeal for appellant.

*Ernest S. Goens*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of an aggravated assault upon Amanda McWhorter, and punishment assessed at a fine of $25.00, and one month in jail.

The record is before us without bills of exception, and there are no objections to the court's charge.

The facts support the verdict.

The judgment is affirmed.